DiMEO CONSTRUCTION COMPANY

v.

AMICA MUTUAL INSURANCE COMPANY.

No. 84–183–M.P.

Supreme Court of Rhode Island.

April 19, 1984.

Robert D. Parrillo, Providence, for petitioner.

Michael P. DeFanti, Providence, for respondent.

ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.

Neil F. COFFEY et al.

v.

Michael P. FARIA et al.

No. 84–155–M.P.

Supreme Court of Rhode Island.

April 19, 1984.

Eric Paul Chappell, Portsmouth, for petitioners.

Thomas W. Kelly, Newport, for respondents.

ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.